# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| LOREEN SEDLAK AND THOMAS SEDLAK, HER HUSBAND, | : | No. 87 WAL 2020 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHERYL STURM, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.